**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DANIEL CLAYBROOK, et al.,

        Plaintiffs,

v.

3M COMPANY and
AEARO TECHNOLOGIES, LLC,

        Defendants.

Case No. 19-cv-02144

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT 3M COMPANY**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 3M Company states that it has no parent corporation and there is no publicly held corporation that holds 10% or more of its stock.

Dated: August 7, 2019

/s/ *Benjamin Hulse*

Jerry W. Blackwell, Minn. Bar #186867
Benjamin W. Hulse, Minn. Bar #0390952
S. Jamal Faleel, Minn. Bar #0320626
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205

*Attorneys for Defendant 3M Company*